JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOBBY O. NASH,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C05-0973C<br><br>ORDER FOR EAJA FEES, COSTS AND EXPENSES |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff's attorney Eitan Kassel Yanich is hereby awarded EAJA fees of $3,753.58 and costs in the amount of $250.00 as set out at 28 U.S.C. §1920, payable from the Judgment Fund pursuant to 31 U.S.C. §1304.

SO ORDERED this 18th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

Eitan Kassel Yanich, Attorney at Law
203 Fourth Avenue E., Suite 220
Olympia, WA. 98501
(360) 705-1226

1  Presented by:

2

3  S/EITAN KASSEL YANICH
   EITAN KASSEL YANICH, WSBA #13690
4  Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
C05-0973-JCC - 2

Eitan Kassel Yanich, Attorney at Law
203 Fourth Avenue E., Suite 220
Olympia, WA. 98501
(360) 705-1226